| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>**SAN ANTONIO DIVISION** | **FILED**<br>August 30, 2023<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>　　　　　　DEPUTY |

**LOWELL GREEN, TDCJ #00518622,**　§
　　　　　　　　　　　　　　　　　§
　　　　**Plaintiff,**　　　　　　　§
　　　　　　　　　　　　　　　　　§　　　SA-23-CV-01080-OLG
**v.**　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
**JUDGE ALAN D. ALBRIGHT, ET AL.,**　§
　　　　　　　　　　　　　　　　　§
　　　　**Defendants.**　　　　　　§

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal denying Plaintiff Lowell Green's presumed request to proceed *in forma pauperis*, dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), and to the extent he seeks relief pursuant to 28 U.S.C. § 2254, denying his application for want of jurisdiction, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Lowell Green's presumed request to proceed IFP is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that to the extent Plaintiff Lowell Green seeks relief pursuant to 28 U.S.C. § 2254, his application is **DISMISSED FOR WANT OF JURISDICTION** because he has not obtained prior approval to file a successive habeas corpus application.

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

It is **SO ORDERED**.

**SIGNED** this  30th  day of August, 2023.

                                                      ORLANDO L. GARCIA
                                                      United States District Judge